## DAVIS v. DAY.

Supreme Court. Kent. October, 1818.

*Clayton's Notebook, 78.*

JOHNS, C. J.   In every case of judgment by default on a constable's return of summons, it ought to appear on some part of the record sent up.   We do not mean that it should be made a docket entry, but it should appear there or in some other part of the return.   Judgment reversed.

*Hall* for appellant.   *Hayes* for respondent.

(*Vide* 1 Str. 140, 2 Str. 1077, that the loss of this record might be supplied by a new entry.)